UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MELVIN X. LINDSAY, :
    Plaintiff :
 : CIVIL NO. 1:11-CV-0893
    v. :
 :
RAYMOND LAWLER, et al., :
    Defendants :

*O R D E R*

AND NOW, this 22nd day of February, 2012, upon consideration of the report and recommendation of the magistrate judge (Doc. 26), filed January 23, 2012, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report (Doc. 26) is adopted.

    2. The motion to dismiss filed by Defendants Lawler, Jon Fisher, Corbin, Keller, Lovett, Zurybida, Krista Fisher, Bickell, C.M. Cook, and Eckard (Doc. 18) is GRANTED.

    3. Plaintiff's motion for a preliminary injunction and temporary restraining order (Doc. 2) is DENIED.

    4. The above-captioned case is remanded to the magistrate judge for further proceedings.

                                        /s/ William W. Caldwell
                                          William W. Caldwell
                                          United States District Judge